ORIGINAL 

**FILED**
DISTRICT COURT OF GUAM

MAY 1 7 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>MIA MARY ROJAS, and )<br>GERARDO ELOY GONZALES, JR. )<br><br>Defendants. ) | MAGISTRATE CASE NO. **05-00025**<br><br>**COMPLAINT**<br><br>**CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 952(a), 960, and 963]<br>(Count I)<br><br>**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 841(a)(1) and 846]<br>(Count II)<br><br>**IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. §§ 952(a) and 960]<br>(Count III)<br><br>**POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE**<br>[21 U.S.C. §§ 841(a)(1)]<br>(Count IV) |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

## COUNT I - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE

Between and on or about February 2005, the exact date unknown, to May 16, 2005, in the

District of Guam and elsewhere, the defendants, MIA MARY ROJAS and GERARDO ELOY

GONZALES, JR., and other unknown co-conspirators, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together and with others, to import into the United States from a place outside thereof, over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 952(a), 960, and 963.

## COUNT II - CONSPIRACY
## TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

Between and on or about February 2005, the exact date unknown, to May 16, 2005, in the District of Guam and elsewhere, the defendants, MIA MARY ROJAS and GERARDO ELOY GONZALES, JR., and other unknown co-conspirators, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together and with others, to distribute over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 841(a)(1) and 846.

## COUNT III - IMPORTATION OF
## METHAMPHETAMINE HYDROCHLORIDE

On about May 16, 2005, in the District of Guam and elsewhere, the defendant, MIA MARY ROJAS, did intentionally and knowingly import into the United States from a place outside thereof, over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, §§ 952(a) and 960.

## COUNT IV - POSSESSION OF
## METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE

On about May 16, 2005, in the District of Guam, the defendant herein, MIA MARY ROJAS, did unlawfully and knowingly possess with intent to distribute over 100 grams of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1).

//

//

//

2

COMPLAINANT FURTHER STATES:

I, Erwin T. Fejeran, being a Task Force Agent with the Bureau of Immigration and Customs Enforcement (BICE) of the Department of Homeland Security, and acting in my official capacity, set forth the following facts:

1. I am currently employed as a Customs Officer for the Customs and Quarantine Agency (CQA), Government of Guam, and have been so employed for about ten years. I am currently assigned to the United States Immigration and Customs Enforcement (ICE) Task Force, and have been assigned to the Task Force since March 2003. Previously I was assigned to the U.S. Postal Inspection Service (USPIS) Task Force for about 2 months. I was assigned to the Special Enforcement Division as a Contraband Enforcement Team (CET) Officer and as an Intelligence officer with the CQA for about 2 years and 2 months. Under all my assignments as CET Officer, Intelligence officer, and TFA, I have participated in numerous controlled deliveries and search warrant executions of narcotics and scheduled controlled substances as well as numerous investigations into narcotics trafficking cases. I have served in an undercover capacity on numerous occasions. I have debriefed and directed informants in narcotic intelligence. I have participated in numerous arrests, which pertain to the distribution of controlled substances.

2. I have received the following training and education as it relates to my duties and capacity as a law enforcement officer. I have received training in the identification and field-testing of controlled substances from the Drug Enforcement Administration. I have received formal training from the United States Attorney's Office, the U.S. Customs Service and from other state and local agencies regarding narcotics interdiction and enforcement.

3. I have assisted on cases involving the importation of controlled substances.

4. I have been a case agent specific to the trafficking of controlled substances.

5. I have participated in Organized Crime Drug Enforcement Task Force (OCDETF) cases pertaining to Guam.

//

3

1      6. I have worked at the ports of entry as a uniform officer, and observed or caused the

2  interdiction of various types of contraband arriving from foreign destinations. All of the facts and

3  information set forth in this affidavit were obtained through official law enforcement channels.

4      7. During April 2005 the Guam Resident Office of ICE received information from law

5  enforcement officers of the U.S. Customs and Border Protection in Honolulu that a resident of

6  Guam, Douglas Guerrero, was arrested in Honolulu on about April 26, 2005, for having in his

7  possession approximately 72.5 grams of suspected methamphetamine. Guerrero was en route to

8  travel to Guam when he was arrested in Hawaii. The Honolulu officers advised that Guerrero's

9  airline ticket had been paid for by one John Peralta. The Guam ICE office reviewed Western

10  Union money transfer transactions conducted by Peralta to other individuals in the mainland, and

11  received information that Peralta wired at least $7,000 during February 2005-March 2005 to

12  GERARDO E. GONZALES, JR., and MIA M. ROJAS.

13      8. On May 16, 2005, at about 5:33 p.m., the Guam Customs and Quarantine Agency

14  Contraband Enforcement Team (CET) and Guam Police Department Violent Street Crimes Task

15  Force (VSCTF) conducted an operation at the Antonio Borja Wonpat International Air Terminal

16  targeting arriving passengers from Honolulu, Hawaii via Houston, Texas on board Continental

17  Airlines Flight #001. Customs Officer III Ricky Mendiola, Customs Officer II Franklin

18  J.Gutierrez, Jr. and drug detector dog "Eron" participated in the operation. "Eron" has been

19  trained to recognize the distinctive odor of controlled substances to include methamphetamine.

20  During the operation "Eron" sniffed arriving passengers, hand carry bags and luggage. During

21  the inspection "Eron" alerted to two male and female passengers, by exhibiting a change in

22  behavior consistent with the training in the detection of the odor of controlled substances. The

23  passengers were later identified as GERARDO ELOY GONZALES, JR., and MIA MARY

24  ROJAS, respectively. An alert is a signal from the drug detector dog of suspected narcotics.

25      9. Customs Officer Derrick Guerrero then inspected GERARDO ELOY GONZALEZ,

26  JR., and Customs Officer Nadine Concepcion inspected MIA MARY ROJAS. Lt. Annette

27

28      4

1  Shimizu and Officer Concepcion escorted ROJAS to the search room and conducted a strip
2  search, which yielded a negative finding for contraband. ROJAS was advised of her
3  constitutional rights, which she waived and stated that she was willing to answer questions.
4  Customs Officer I Craig Camacho and Customs Officer II Franklin Taitague advised ROJAS that
5  there was reason to believe that ROJAS had methamphetamine concealed in her, and asked
6  ROJAS to submit to an x-ray examination. After ROJAS consented to an x-ray examination, she
7  was escorted to the search room where she removed from her person one condom containing
8  approximately 162.5 grams gross weight of a white crystalline substance. Officer Taitague
9  conducted a field test of said substance using a Marquis Reagent #902 kit and the substance
10  tested presumptive positive for the presence of amphetamines.

11  10. ROJAS stated that she and GONZALEZ just wanted to make fast cash. ROJAS
12  and GONZALEZ were supposed to check in to the Hotel Mai Ana and then call John Peralta to
13  let him know that they had arrived.

14  11. GONZALEZ was advised of his constitutional rights, which he waived and stated
15  that he and ROJAS intended to make fast cash and that the dope was to be delivered to John
16  Peralta. GONZALEZ stated that PERALTA paid for part of the airfare for the trip to Guam.
17  GONZALEZ stated that three (3) ounces of the methamphetamine that they had came from a
18  friend William Martinez who goes to Tijuana, Mexico and brings the methamphetamine through
19  the border. William Martinez is one of GONZALEZ's source of supply for methamphetamine.
20  GONZALES also stated that he and ROJAS previously traveled to Guam in March 2005, when
21  they were escorting another individual who brought in methamphetamine that was delivered to
22  Peralta. GONZALES also stated that ROJAS had also sent cash from the sale of the drugs to the
23  mainland via Western Union.

24  12. Based on the foregoing, I have probable cause to believe that MIA MARY ROJAS
25  and GERARDO ELOY GONZALES JR., have committed the offenses of conspiracy to import

28  5

methamphetamine in violation of Title 21, United States Code, §§ 952(a), 960, and 963, and

conspiracy to distribute methamphetamine in violation of Title 21, United States Code,

§§ 841(a)(1) and 846; and MIA MARY ROJAS has committed the offenses of importation of

methamphetamine in violation of Title 21, United States Code, §§ 952(a) and 960, and

possession of methamphetamine with intent to distribute in violation of Title 21, United States

Code § 841(a)(1).

DATED this _17TH_ day of May 2005.


_____
ERWIN T. FEJERAN
Task Force Agent
U.S. Immigration & Customs Enforcement
Department of Homeland Security

SUBSCRIBED AND SWORN TO before me on this _17th_ day of May 2005.


JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam