FILED
DISTRICT COURT OF GUAM
MAY 18 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES
### INITIAL APPEARANCE

**CASE NO. MG-05-00025**  **DATE: 5/18/2005**  **TIME: 11:08 a.m.**

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**   Law Clerk: J. HATTORI
Court Recorder: Jamie Phelps   Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 11:08:25 - 11:15:08   CSO: J. Lizama & D. Quinata

**APPEARANCES**

**DEFT: MIA MARY ROJAS**   **ATTY: JOHN GORMAN**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( X ) FPD ( ) CJA APPOINTED

**DEFT: GERARDO ELOY GONZALEZ, JR.**   **ATTY: CYNTHIA V. ECUBE**
( X ) PRESENT ( X ) CUSTODY ( ) BOND ( ) P.R.   ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID   AGENT: ERWIN FEJERAN, B.I.C.E.

U.S. PROBATION: CARLEEN BORJA   U.S. MARSHAL: S. LUJAN / F. TAITAGUE

**PROCEEDINGS: INITIAL APPEARANCE RE COMPLAINT (SEALED)**

( ) COMPLAINT/INFORMATION/INDICTMENT READ TO DEFENDANT
( X ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:
   FEDERAL PUBLIC DEFENDER, APPOINTED TO REPRESENT *MIA MARY ROJAS*
   CYNTHIA V. ECUBE, APPOINTED TO REPRESENT *GERARDO ELOY GONZALES, JR.*

( ) DEFENDANT SWORN AND EXAMINED   AGE:___   HIGH SCHOOL COMPLETED:_____
( ) DEFENDANT ARRAIGNED ADVISED OF RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at ____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE   ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED:_____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE:_____ at ____ ( ) STATUS HEARING:_____ at ____
( ) PRESENTENCE REPORT ORDERED AND DUE:_____
( X ) PRELIMINARY EXAMINATION SET FOR: *MAY 27, 2005* at *10:00 A.M.*
( ) ARRAIGNMENT SET FOR_____ at _____
( ) TRIAL SET FOR:

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANTS REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at ____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Defendant's were advised of the charges brought against them. Both attorneys were appointed nunc pro tunc to May 17, 2005. The Court stated that based on the PreTrial Services Report, the defendants should be detained pending their next hearing. Both counsel submitted to the report and reserved the right to submit any motions for release in the future.

Courtroom Deputy: ____