AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ GUAM

FILED
DISTRICT COURT OF GUAM
MAY 18 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

V.

**MIA MARY ROJAS**

**WARRANT FOR ARREST**

Case Number: MG-05-00025-001

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **MIA MARY ROJAS** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  **X** Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)
21:952(a), 960 and 963 – CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT I)

21:841(a)(1) and 846 – CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT II)

21:952(a) and 960 – IMPORTATION OF METHAMPHETAMINE HYDROCHLORIDE (COUNT III)

21:841(a)(1) – POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE (COUNT IV)

in violation of Title _____ United States Code, Section(s) _____

**JOAQUIN V. E. MANIBUSAN, JR.**
Name of Issuing Officer

Signature of Issuing Officer

**U.S. MAGISTRATE JUDGE**
Title of Issuing Officer

MAY 17, 2005    HAGATNA, GUAM
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

TAMUNING, GU

| DATE RECEIVED 5/17/05 | NAME AND TITLE OF ARRESTING OFFICER ERWIN FEGERAN TFA ICE | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5/17/05 | | |