# UNITED STATES DISTRICT COURT

District of                    **GUAM**

**FILED**

DISTRICT COURT OF GUAM

MAY 18 2005

MARY L.M. MORAN
CLERK OF COURT

⑤

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

Case Number:  MG-05-00025-002

**GERARDO ELOY GONZALES, JR.**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **GERARDO ELOY GONZALES, JR.**

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

**21:952(a), 960 and 963 - CONSPIRACY TO IMPORT METHAMPHETAMINE HYDROCHLORIDE (COUNT I)**

**21:841(a)(1) and 846 - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE (COUNT II)**

in violation of Title _____ United States Code, Section(s) _____

**JOAQUIN V. E. MANIBUSAN, JR.**
Name of Issuing Officer

Signature of Issuing Officer

**U.S. MAGISTRATE JUDGE**
Title of Issuing Officer

**MAY 17, 2005   HAGATNA, GUAM**
Date and Location

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

TAMUNING, GU

| DATE RECEIVED 5/17/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/17/05 | EDWIN T. FEJERAN TASK FORCE OFFICER | |