

FILED
DISTRICT COURT OF GUAM
MAY 19 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE |
| --- | --- |
| Plaintiff, | CRIMINAL CASE NO. 05-00025 |
| vs. | O R D E R |
| MIA MARY ROJAS and GERARDO ELOY GONZALES, JR., | |
| Defendants. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **MIA MARY ROJAS**, and **CYNTHIA V. ECUBE** is appointed to represent defendant **GERARDO ELOY GONZALES, JR.** in the above-entitled case, nunc pro tunc to May 17, 2005.

Dated this 18th day of May, 2005.

JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
U.S. DISTRICT COURT OF GUAM