Erratum.wpd

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY 26 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIA MARY ROJAS, and <br> GERARDO ELOY GONZALEZ, JR., <br><br> Defendants. | MAGISTRATE CASE NO. 05-00025 <br><br> **ERRATUM** <br><br> **MAGISTRATE COMPLAINT, RELATED PLEADINGS; AND ORDERS** |

COMES NOW the United States and hereby files with the Court an Erratum to correct the record in the above styled matter, to reflect the name "GERARDO ELOY <u>GONZALEZ</u>, JR." versus "GERARDO ELOY GONZALES, JR."

Respectfully submitted this  26th  day of May, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney