ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAY 27 2005
MARY L.M. MORAN
CLERK OF COURT

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MIA MARY ROJAS, and ) <br> GERARDO ELOY GONZALEZ, JR., ) <br> ) <br> Defendants. ) | MAGISTRATE CASE NO. 05-00025 <br><br> **MOTION TO DISMISS COMPLAINT; AND ORDER** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint in the above cause against defendant GERARDO ELOY GONZALEZ, JR., be dismissed, for the reason that the defendant has been charged through an

//
//
//
//
//
//
//

Indictment on May 25, 2005, under Criminal Case No. 05-00039, which said Indictment has incorporated similar criminal acts described in the Complaint.

Respectfully submitted this 26th day of May, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

**IT IS SO ORDERED** this 27th day of May, 2005.

_____
JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam



RECEIVED
MAY 26 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

- 2 -