LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
MAY 3 1 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 05-00025 |
| Plaintiff, ) | |
| ) | **MOTION TO DISMISS COMPLAINT;** |
| vs. ) | **AND ORDER** |
| ) | |
| MIA MARY ROJAS, and ) | |
| GERARDO ELOY GONZALEZ, JR., ) | |
| Defendants. ) | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint in the above cause against defendant MIA MARY ROJAS, be dismissed for the reason that the defendant plead to an Information on May 26, 2005,

//
//
//
//
//
//
//
//

1 | under Criminal Case No. 05-00040, which said Information has incorporated similar criminal
2 | acts described in the Complaint.
3 |     Respectfully submitted this 27th day of May, 2005.

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and NMI  

By: /s/  
MARIVIC P. DAVID  
Assistant U.S. Attorney

IT IS SO ORDERED this 31st day of May, 2005.

/s/  
JOAQUIN V. E. MANIBUSAN, JR.  
Magistrate Judge  
District Court of Guam



RECEIVED  
MAY 27 2005  
DISTRICT COURT OF GUAM  
HAGATNA, GUAM